1  LAWRENCE G. BROWN
   Acting United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5



FILED

FEB 2 7 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY J. HELLINGS
            DEPUTY CLERK

6          IN THE UNITED STATES DISTRICT COURT FOR THE

7                  EASTERN DISTRICT OF CALIFORNIA

8
   IN THE MATTER OF:              )   SW-F 09-00038
9                                 )        09-00039
   640 WEST MCKINLEY AVENUE,      )        09-00040
10 FRESNO, CALIFORNIA             )        09-00041
                                  )        09-00042
11 2446 NORTH WEBER AVENUE        )        09-00043
   FRESNO, CALIFORNIA             )        09-00044
12                                )
   2130 NORTH MARKS AVE APT #152  )   ORDER TO UNSEAL SEARCH WARRANT
13 FRESNO, CALIFORNIA             )   AFFIDAVIT AND WARRANTS
                                  )
14 4851 NORTH CEDAR AVE APT #140  )
   FRESNO, CALIFORNIA             )
15                                )
   4337 NORTH CEDAR AVE APT #102  )
16 FRESNO, CALIFORNIA             )
                                  )
17 4068 W. APPLE TREE LANE,       )
   FRESNO, CALIFORNIA             )
18                                )
   5034 WEST BULLARD AVE APT #205,)
19 FRESNO, CALIFORNIA             )
                                  )
20 11621 AVE 261,                 )
   TULARE, CALIFORNIA             )
21                                )
   _____ )
22

23      The search warrant affidavit in this case having been

24 sealed by Order of its Court on January 27, 2009, and it

25 appearing that the affidavit and warrant are not required to

26 remain secret based upon the motion submitted by the

27 government,

28

                              1

1    IT IS HEREBY ORDERED that the search warrant affidavit and

2 warrant be unsealed and made public record.

6 DATED: 2/27/09                          _____
7                                          UNITED STATES MAGISTRATE JUDGE